# Court of Appeals
# of the State of Georgia

ATLANTA,    August 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1986.  IN THE INTEREST OF: E. S. K. AND A. Q. L., CHILDREN (MOTHER).**

After the trial court terminated her parental rights, Amy Kilgore filed an application for discretionary review before this Court.  We granted her application on April 16, 2014.  Our order notified Kilgore that she had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-34 (b).  Fourteen days later, on April 30, 2014, Kilgore filed her notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *LaBrew v. State*, 315 Ga. App. 865 n. 3 (729 SE2d 33) (2012).  Because Kilgore failed to file her notice of appeal within ten days of our order granting her application, the notice of appeal is untimely.  Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*